UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT V. LEIMKUEHLER, as trustee and on behalf of Leimkuehler, Inc., Profit Sharing Plan,<br>    *Plaintiff*,<br><br>    *vs.*<br><br>AMERICAN UNITED LIFE INSURANCE COMPANY,<br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)  1:10-cv-0333-JMS-TAB<br>)<br>)<br>)<br>) |

## ORDER

Presently before the Court is the Plaintiff's Motion to Certify Class, [dkt. 91], which the Court now **DENIES AS MOOT** given the Court's entry of summary judgment in favor of the Defendant. *See Lady Di's, Inc. v. Enhanced Servs. Billing, Inc.*, 654 F.3d 728, 730 (7th Cir. 2011) ("[B]ecause we reject plaintiff's theory of the case…, we affirm the district court's denial of class certification because common issues do not predominate over individual issues, as required for a class under Federal Rule of Civil Procedure 23(b)(3).").

01/05/2012

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Klint L. Bruno
KOREIN TILLERY LLC
kbruno@koreintillery.com

- 2 -

Amanda C. Couture
DELANEY & DELANEY
acouture@delaneylaw.net

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Joel S. Feldman
SIDLEY AUSTIN LLP
jfeldman@sidley.com

Bart A. Karwath
BARNES & THORNBURG LLP
bart.karwath@btlaw.com

Robert L. King
KOREIN TILLERY, LLC
rking@koreintillery.com

Robert D. MacGill
BARNES & THORNBURG LLP
rmacgill@btlaw.com

Eric S. Mattson
SIDLEY AUSTIN LLP
emattson@sidley.com

Sarah H. Newman
SIDLEY AUSTIN LLP
snewman@sidley.com

Dennis P. Stolle
BARNES & THORNBURG LLP
dstolle@btlaw.com

Eric Hyman Zagrans
eric@zagrans.com

- 2 -