UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT V. LEIMKUEHLER, as trustee and on behalf of Leimkuehler, Inc., Profit Sharing Plan,<br>    *Plaintiff*,<br><br>    *vs.*<br><br>AMERICAN UNITED LIFE INSURANCE COMPANY,<br>    *Defendant*. | 1:10-cv-0333-JMS-TAB |

## FINAL JUDGMENT

With respect to the Plaintiff's claims against the Defendant, the Court enters **FINAL JUDGMENT** in favor of the Defendant and against the Plaintiff, such that the Plaintiff shall take nothing in this action.

With respect to the Defendant's Counterclaim against the Plaintiff, [dkt. 67], the Court **DISMISSES WITH PREJUDICE** Counts I and II to the extent that they rely upon 29 U.S.C. § 1105(a) and otherwise **DISMISSES AS MOOT** Counts I and II; **DISMISSES WITH PREJUDICE** Counts III and IV; and **DISMISSES WITHOUT PREJUDICE** Count V, [*see* dkt. 75], such that the Defendant shall take nothing by way of its Counterclaim.

01/06/2012

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Klint L. Bruno
KOREIN TILLERY LLC
kbruno@koreintillery.com

Amanda C. Couture
DELANEY & DELANEY
acouture@delaneylaw.net

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Joel S. Feldman
SIDLEY AUSTIN LLP
jfeldman@sidley.com

Bart A. Karwath
BARNES & THORNBURG LLP
bart.karwath@btlaw.com

Robert L. King
KOREIN TILLERY, LLC
rking@koreintillery.com

Robert D. MacGill
BARNES & THORNBURG LLP
rmacgill@btlaw.com

Eric S. Mattson
SIDLEY AUSTIN LLP
emattson@sidley.com

Sarah H. Newman
SIDLEY AUSTIN LLP
snewman@sidley.com

Dennis P. Stolle
BARNES & THORNBURG LLP
dstolle@btlaw.com

Eric Hyman Zagrans
eric@zagrans.com