UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT LEIMKUEHLER, as Trustee of and on behalf of LEIMKUEHLER, INC. PROFIT SHARING PLAN, and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AMERICAN UNITED LIFE INSURANCE CO., )<br><br>Defendant. ) | No. 1:10-cv-333-JMS-TAB |

### NOTICE OF APPEAL

Notice is hereby given that, Plaintiff Robert Leimkuehler, as Trustee of and on behalf of the Leimkuehler, Inc. Profit Sharing Plan, and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on January 6, 2012.

Respectfully submitted,

/s/ *Klint Bruno*
Klint Bruno
KOREIN TILLERY LLC
205 N. Michigan Avenue, Suite 1940
Chicago, Illinois 60601
Direct: (312) 899-5065

*One of the attorneys for Plaintiff*

Robert L. King
KOREIN TILLERY LLC
505 N. 7th Street, Suite 3600
St. Louis, Missouri 63101
Phone:  (314) 241-4844

Kathleen A. DeLaney
Edward O. DeLaney
Amanda Couture
DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
Phone: (317) 920-0400
Fax: (317) 920-0404

Eric H. Zagrans
ZAGRANS LAW FIRM LLC
474 Overbrook Road
Elyria, Ohio 44035
Phone: (440) 452-7100

*Attorneys for the Trustee of Leimkuehler, Inc. Profit Sharing Plan*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on January 10, 2012. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Bart A. Karwath
Bart.karwath@btlaw.com
Dennis P. Stolle
dstolle@btlaw.com
Robert D. MacGill
rmacgill@btlaw.com
Barnes & Thornburg LLP

Eric S. Mattson
emattson@sidley.com
Joel S. Feldman
jfeldman@sidley.com
Sarah H. Newman
snewman@sidley.com
Sidley Austin LLP

*Counsel for Defendant*

            /s/ *Klint Bruno*
            Klint Bruno